**OVERLAND BORENSTEIN SCHEPER & KIM LLP**
MARK A. BORENSTEIN (State Bar No. 84987)
mborenstein@obsklaw.com
GREGORY A. ELLIS (State Bar No. 204478)
gellis@obsklaw.com
300 South Grand Avenue, Suite 2750
Los Angeles, CA  90071-3144
Telephone:    (213) 613-4655
Facsimile:     (213) 613-4656

**Attorneys for Defendant Cott Beverages Inc.**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| The Citri-Lite Company, Inc., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Cott Beverages, Inc., dba Cott Beverages U.S.A., a Georgia corporation, and Does 1-25,<br><br>　　　　　Defendants. | CASE NO. 1:07-CV-01075-OWW-DLB<br><br>**STIPULATION TO EXTEND PRETRIAL PREPARATION DATES; SUPPORTING DECLARATION OF GREGORY A. ELLIS; ORDER** |

　　　　WHEREAS, the parties have proceeded diligently and cooperatively in conducting discovery in this matter;

　　　　WHEREAS, most of the discovery in this case has been of out-of-state third parties, necessitating time to subpoena the witnesses and requiring scheduling changes to accommodate the witness schedules;

　　　　WHEREAS, the parties believe a meaningful settlement conference can take place in this case, but that certain pending depositions must be completed in advance of a settlement conference;

　　　　WHEREAS, counsel for both parties have trial commitments in the month of November, limiting their ability to complete discovery and conflicting with the present November 6, 2008 settlement conference date;

WHEREAS, the parties anticipate being able to complete the depositions and expert exchanges necessary for a meaningful settlement conference by mid-December, allowing for a settlement conference in January 2009;

WHEREAS, the parties do not seek to change the trial date in this matter; and

WHEREAS, the parties have not requested any prior continuances in this matter;

IT IS HEREBY STIPULATED and agreed to between the parties that:

1. The date for exchange of expert witness information pursuant to Fed. R. Civ. P. 26(a)(2)(B) shall be continued to December 19, 2008.

2. The date for exchanging any rebuttal expert reports pursuant to Fed. R. Civ. P. 26(a)(2)(C)(ii) shall be continued to January 9, 2009.

3. The settlement conference in this case, currently set for November 6, 2008, shall be continued to a date in the week of January 5, 2009, that is available on the calendar of the Chief Magistrate Judge.

4. The percipient witness discovery cutoff shall be continued to January 15, 2009, with the exception of discovery relevant to resolving authentication and admissibility of documents, which discovery shall be complete prior to the filing of the joint pre-trial statement.

//
//
//
//
//
//
//
//
//
//
//

5. The current pretrial conference date of February 9, 2009, and the trial date of March 24, 2009, shall remain unchanged.

DATED: October __, 2008

KLEIN, DENATALE, GOLDNER, COOPER, ROSENLIEB & KIMBALL, LLP
DAVID J. COOPER
TRACY M. SAIKI

By: _____
David J. Cooper
Attorneys for Plaintiff The Citri-Lite Company, Inc.

DATED: October __, 2008

OVERLAND BORENSTEIN SCHEPER & KIM LLP
MARK A. BORENSTEIN
GREGORY A. ELLIS

By: _____
Gregory A. Ellis
Attorneys for Defendant Cott Beverages, Inc.

## DECLARATION OF GREGORY A. ELLIS

I, Gregory A. Ellis, declare as follows:

1. I am an attorney duly admitted to practice before this Court and a member of Overland Borenstein Scheper & Kim LLP, attorneys of record for defendant Cott Beverages Inc. ("Cott"). I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. Over the course of this case, the parties have proceeded diligently and in a cooperative manner in scheduling depositions, as well as serving and responding to written discovery.

3. To date, the parties have taken nine percipient witness depositions, all of which have taken place outside California, specifically: (1) the Rule 30(b)(6) deposition of Cott, taken in Tampa, Florida; (2-5) Becky Fields, James Dragovich, Doug Covington, and Jason Nichol, all taken in Bentonville, Arkansas; (6-7) Mike McGlothlin and Larry Thompson, both taken in Charlotte, North Carolina; and (8-9) Rob Scheiderer and Gilbert Woods, both taken in Bentonville, Arkansas.

4. With the exception of the Rule 30(b)(6) deposition of Cott, all depositions taken to date have been of third-party witnesses. This required the preparation and service of Rule 45 subpoenas to these witnesses, as well as accommodating the schedules of the witnesses, necessitating several scheduling changes by counsel for both parties.

5. The parties anticipate taking and/or completing at least the following depositions in order to complete their trial preparation: (10) completing the Rule 30(b)(6) deposition of Cott; (11) the 30(b)(6) deposition of The Citri-Lite Company, Inc., which has been noticed; (12) Richard DeLa Cruz, a third-party witness located in Arkansas; (13) Conall Dunne, a Cott employee located in Florida; (14) Matt Kane, Cott General Counsel, and (15) Paul Richardson, a former Cott employee located in Canada. As with most of the depositions taken to date, the depositions of Messrs. Dunne and Richardson will require counsel to subpoena the witnesses and make necessary accommodations for their schedules.

6. Counsel for the parties believe that a meaningful settlement conference can take place in this case, but that the parties' respective 30(b)(6) depositions must be completed, and expert information exchanged, in advance of a settlement conference.

7. Counsel for both parties have upcoming trial commitments that will make the completion of the remaining depositions impracticable in the month of November, and which will hamper the ability to have a meaningful settlement conference on the currently-scheduled date of November 6, 2008. Specifically, David J. Cooper, counsel for Citri-Lite, has a trial set to begin on November 12, 2008, in the case entitled *Doe v. Payless, et al.*, Kern County Superior Court Case No. S-1500-CV-259162 WDP, pending in Kern County Superior Court. Additionally, Mark A. Borenstein and Gregory A. Ellis, counsel for Cott, have a trial set to begin on November 17, 2008, in the case entitled *Parallax Medical Systems v. STAAR Surgical Company*, Case No. 07CC10136,

pending in the Superior Court of the State of California, County of Orange. The *Parallax* court recently reiterated that the November 17 date is firm, rejecting a request from opposing counsel to continue the trial. In addition, third-party depositions have been set in the *Parallax* case for November 4 and 5, 2008.

       8.    Counsel for Citri-Lite and Cott anticipate completing the open Rule 30(b)(6) depositions by early December, which will allow for the completion and exchange of expert reports in mid-December, and a meaningful settlement conference to take place in early January, 2009.

       9.    The parties have exchanged nearly 10,000 pages of documents and, in the event settlement is not reached, plan to work together cooperatively to reach a stipulation regarding admissibility of documents at trial. The parties propose to complete any discovery necessary to resolve admissibility issues prior to the pre-trial conference.

//   //   //   //   //

      10.    No prior continuances have been requested in this case. The proposed modification will not affect either the pre-trial conference or the trial date.

Executed October __, 2008, at Los Angeles, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

                                                                            _____
                                                                            Gregory A. Ellis

**ORDER**

The Court, having read and reviewed the foregoing Stipulation, as well as the supporting declaration of Gregory A. Ellis, hereby Orders that the following pre-trial dates be set in this case:1. The date for exchange of expert witness information pursuant to Fed. R. Civ. P. 26 (a)(2)(B) shall be continued to December 19, 2008.2.      The date for exchanging any rebuttal expert reports pursuant to Fed. R. Civ. P. 26(a)(2)(C)(ii) shall be continued to January 9, 2009.3. The settlement conference in this case, currently set for November 6, 2008, shall be continued to January 5, 2009, at 10:00 a.m., before Chief Magistrate Judge Dennis M. Beck.4.  The percipient witness discovery cutoff shall be continued to January 15, 2009.5.  The current pretrial conference date of February 9, 2009, and the trial date of March 24, 2009, shall remain unchanged.Dated:

10/27/2008                              /s/ OLIVER W. WANGER

                                        The Hon. Oliver W. Wanger
                                        United States District Judge