**OVERLAND BORENSTEIN SCHEPER & KIM LLP**
MARK A. BORENSTEIN (State Bar No. 84987)
mborenstein@obsklaw.com
GREGORY A. ELLIS (State Bar No. 204478)
gellis@obsklaw.com
300 South Grand Avenue, Suite 2750
Los Angeles, CA  90071-3144
Telephone:   (213) 613-4655
Facsimile:   (213) 613-4656

**Attorneys for Defendant Cott Beverages Inc.**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| The Citri-Lite Company, Inc., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>Cott Beverages, Inc., dba Cott Beverages U.S.A., a Georgia corporation, and Does 1-25,<br><br>Defendants. | CASE NO. 1:07-CV-01075-OWW-DLB<br><br>**STIPULATION TO EXTEND PRETRIAL PREPARATION DATES; SUPPORTING DECLARATION OF GREGORY A. ELLIS; ORDER** |

WHEREAS, the parties have proceeded diligently and cooperatively in conducting discovery in this matter;

WHEREAS, most of the discovery in this case has been of out-of-state third parties, necessitating time to subpoena the witnesses and requiring scheduling changes to accommodate the witness schedules;

WHEREAS, the parties believe a meaningful settlement conference or mediation can take place in this case, but that certain pending depositions must be completed in advance of a settlement conference or mediation;

WHEREAS, counsel for Cott have a trial now set to commence on January 5, 2009, the current settlement conference date, and counsel's commitments for that trial limit its ability to

PDF created with pdfFactory trial version www.pdffactory.com

1  complete discovery in the months of December and January;

2      WHEREAS, the remaining Cott witnesses to be deposed were unavailable, due to pre-
3  existing commitments, to be deposed during the December 2008 period the parties' counsel had
4  contemplated for these depositions;

5      WHEREAS, the parties previously obtained one extension of certain pre-trial dates, and
6  have determined that another brief extension is necessary due to the unavailability of Cott
7  witnesses in December 2008 and the change in trial date for Cott's counsel from November 2008
8  to January 2009; and

9      WHEREAS, the parties do not seek to change the trial date in this matter;

10      IT IS HEREBY STIPULATED and agreed to between the parties that:

11      1.    The date for exchange of expert witness information pursuant to Fed. R. Civ. P. 26
12  (a)(2)(B) shall be continued to February 6, 2009.

13      2.    The date for exchanging any rebuttal expert reports pursuant to Fed. R. Civ. P.
14  26(a)(2)(C)(ii) shall be continued to February 27, 2009.

15      3.    The settlement conference in this case, currently set for January 5, 2009, shall be
16  continued to a date in the week of March 2, 2009, that is available on the calendar of the Chief
17  Magistrate Judge, or, in the alternative, the parties shall proceed to mediation, to be completed by
18  March 6, 2009.

19      4.    The percipient witness discovery cutoff shall be continued to February 20, 2009,
20  with the exception of discovery relevant to resolving authentication and admissibility of
21  documents, which discovery shall be complete prior to the filing of the joint pre-trial statement.

22      5.    The pretrial conference date in this case shall be continued to March 9, 2009, with
23  the parties to submit joint pretrial materials five court days in advance of the conference, pursuant
24  to Local Rule 16-281 (a)(2).

25  //
26  //
27  //
28  //

Stipulation to revise pretrial dates (12.15.08).DOC     2

PDF created with pdfFactory trial version www.pdffactory.com

1   //

2   //

3   //

4   //

5       6.    The current trial date of March 24, 2009, shall remain unchanged.

6

7   DATED: December __, 2008    KLEIN, DENATALE, GOLDNER, COOPER,
    ROSENLIEB & KIMBALL, LLP
    DAVID J. COOPER

8       TRACY M. SAIKI

9

10      By: _____

11          David J. Cooper
        Attorneys for Plaintiff The Citri-Lite Company,

12          Inc.

13  DATED: December __, 2008    OVERLAND BORENSTEIN SCHEPER & KIM LLP
    MARK A. BORENSTEIN

14      GREGORY A. ELLIS

15

16      By: _____

17          Gregory A. Ellis
        Attorneys for Defendant Cott Beverages, Inc.

18

19

20

21

22

23

24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com

# DECLARATION OF GREGORY A. ELLIS

I, Gregory A. Ellis, declare as follows:

1. I am an attorney duly admitted to practice before this Court and a member of Overland Borenstein Scheper & Kim LLP, attorneys of record for defendant Cott Beverages Inc. ("Cott"). I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. Over the course of this case, the parties have proceeded diligently and in a cooperative manner in scheduling depositions, as well as serving and responding to written discovery.

3. To date, the parties have taken nine percipient witness depositions, all of which have taken place outside California, specifically: (1) the Rule 30(b)(6) deposition of Cott, taken in Tampa, Florida; (2-5) Becky Fields, James Dragovich, Doug Covington, and Jason Nichol, all taken in Bentonville, Arkansas; (6-7) Mike McGlothlin and Larry Thompson, both taken in Charlotte, North Carolina; and (8-9) Rob Scheiderer and Gilbert Woods, both taken in Bentonville, Arkansas.

4. With the exception of the Rule 30(b)(6) deposition of Cott, all depositions taken to date have been of third-party witnesses. This required the preparation and service of Rule 45 subpoenas to these witnesses, as well as accommodating the schedules of the witnesses, necessitating several scheduling changes by counsel for both parties.

5. The parties anticipate taking and/or completing at least the following depositions in order to complete their trial preparation: (10) completing the Rule 30(b)(6) deposition of Cott; (11) the 30(b)(6) deposition of The Citri-Lite Company, Inc., which has been noticed; (12) Richard DeLa Cruz, a third-party witness located in Arkansas; (13) Conall Dunne, a Cott employee located in Florida; (14) Matt Kane, Cott General Counsel; (15) John Scandrett, Cott's Director of Marketing North America, and (15) Paul Richardson, a former Cott employee located in Canada. As with most of the depositions taken to date, the depositions of Messrs. Dunne and

Richardson will require counsel to subpoena the witnesses and make necessary accommodations for their schedules.

6.   Counsel for the parties believe that a meaningful settlement conference can take place in this case, but that the parties' respective 30(b)(6) depositions must be completed, and expert information exchanged, in advance of a settlement conference.  The parties are also discussing the possibility of a mediation in lieu of a settlement conference.

7.   Counsel for the parties contemplated completing the depositions of the remaining Cott witnesses during the week of December 15, 2008.  However, two of those witnesses—Matt Kane and Charles Calise, Cott's Rule 30(b)(6) designee—were unavailable due to previously-scheduled, prepaid vacations.

8.   Counsel for Cott has upcoming trial commitments that will make the completion of the remaining depositions impracticable in the month of December and in the first part of January 2009, and which will hamper the ability to have a meaningful settlement conference on the currently-scheduled date of January 5, 2009.  Specifically, Mark A. Borenstein and Gregory A. Ellis, counsel for Cott, have a trial in the case entitled *Parallax Medical Systems v. STAAR Surgical Company*, Case No. 07CC10136, pending in the Superior Court of the State of California, County of Orange.  On November 17, 2008, the first day of trial, the *Parallax* court on its own motion continued the trial to January 5, 2009, the current date of the settlement conference in this case.  The *Parallax* trial is expected to run for ten court days.  In addition, the parties to the *Parallax* action have engaged in final pre-trial depositions the weeks of December 8 and December 15, 2008.  As counsel for Cott is a small law firm, and because this case and the *Parallax* case are staffed by the same attorneys, it will be difficult for counsel to finalize the depositions in this case until after the *Parallax* trial is completed.

//
//
//
//
//

PDF created with pdfFactory trial version www.pdffactory.com

1  9. The parties have exchanged nearly 10,000 pages of documents and, in the event
2  settlement is not reached, plan to work together cooperatively to reach a stipulation regarding
3  admissibility of documents at trial, and to prepare a joint set of pretrial materials as provided for
4  under Local Rule 16-281(a)(2).  The parties propose to complete any discovery necessary to
5  resolve admissibility issues prior to the pre-trial conference.

7  Executed December __, 2008, at Los Angeles, California.
8  I declare under penalty of perjury under the laws of the State of California that the
9  foregoing is true and correct.

    Gregory A. Ellis

**ORDER**

The Court, having read and reviewed the foregoing Stipulation, as well as the supporting declaration of Gregory A. Ellis, hereby Orders that the following pre-trial dates be set in this case:

1. The date for exchange of expert witness information pursuant to Fed. R. Civ. P. 26 (a)(2)(B) shall be continued to February 6, 2009.

2. The date for exchanging any rebuttal expert reports pursuant to Fed. R. Civ. P. 26(a)(2)(C)(ii) shall be continued to February 27, 2009.

3. The settlement conference in this case, currently set for January 5, 2009, shall be continued to March 10, 2009, at 10:00 a.m., before Chief Magistrate Judge Dennis M. Beck.  If the parties choose to proceed to mediation, they shall so notify the Court and complete their mediation by March 6, 2009.

4. The percipient witness discovery cutoff shall be continued to February 20, 2009.

5. The pretrial conference date shall be continued to March 9, 2009.  The parties shall file their joint pretrial materials, as set forth in Local Rule 16-281(a)(2), by March 2, 2009.

6. The current trial date of March 24, 2009 shall remain unchanged.

Dated: December 18, 208                         /s/ OLIVER W. WANGER
                                                The Hon. Oliver W. Wanger
                                                United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com