**OVERLAND BORENSTEIN SCHEPER & KIM LLP**
MARK A. BORENSTEIN (State Bar No. 84987)
mborenstein@obsklaw.com
GREGORY A. ELLIS (State Bar No. 204478)
gellis@obsklaw.com
300 South Grand Avenue, Suite 2750
Los Angeles, CA  90071-3144
Telephone:    (213) 613-4655
Facsimile:     (213) 613-4656

**Attorneys for Defendant Cott Beverages Inc.**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| The Citri-Lite Company, Inc., a California corporation,<br><br>              Plaintiff,<br><br>      v.<br><br>Cott Beverages, Inc., dba Cott Beverages U.S.A., a Georgia corporation, and Does 1-25,<br><br>              Defendants. | CASE NO. 1:07-CV-01075-OWW-DLB<br><br>**STIPULATION TO REVISE PRETRIAL CONFERENCE DATE; SUPPORTING DECLARATION OF GREGORY A. ELLIS; ORDER** |

WHEREAS, on February 23, 2009, the Court granted Defendant Cott Beverages, Inc.'s unopposed motion to continue the trial date and various pre-trial dates in this matter;

WHEREAS, the Court indicated at the February 23, 2009 hearing that the pretrial conference would be set for July 27, 2009;

WHEREAS, lead trial counsel for Citri-Lite is unavailable on July 27, 2009, and for two weeks thereafter; and

WHEREAS, the parties expect to be able to prepare the necessary pretrial submissions to the Court by July 13, 2009;

IT IS HEREBY STIPULATED and agreed to between the parties that:

1.    The Pretrial Conference date in this matter be set for July 20, 2009; and that the

PDF created with pdfFactory trial version www.pdffactory.com

parties shall file their joint pretrial materials, as set forth in Local Rule 16-281(a)(2), on or before July 13, 2009.

DATED: February __, 2009          KLEIN, DENATALE, GOLDNER, COOPER,
                                  ROSENLIEB & KIMBALL, LLP
                                  DAVID J. COOPER
                                  TRACY M. SAIKI


                                  By: _____
                                      David J. Cooper
                                      Attorneys for Plaintiff The Citri-Lite Company, Inc.

DATED: February __, 2009          OVERLAND BORENSTEIN SCHEPER & KIM LLP
                                  MARK A. BORENSTEIN
                                  GREGORY A. ELLIS


                                  By: _____
                                      Gregory A. Ellis
                                      Attorneys for Defendant Cott Beverages, Inc.

PDF created with pdfFactory trial version www.pdffactory.com

**DECLARATION OF GREGORY A. ELLIS**

I, Gregory A. Ellis, declare as follows:

1. I am an attorney duly admitted to practice before this Court and a member of Overland Borenstein Scheper & Kim LLP, attorneys of record for defendant Cott Beverages Inc. ("Cott"). I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. On February 23, 2009, the Court heard Cott's unopposed motion to continue the trial date and pretrial dates in the matter. At that time, the Court indicated that the pretrial conference would be moved to July 27, 2009.

3. David Cooper, Esq., counsel for Citri-Lite, has indicated he is unavailable on July 27, due to a pre-existing commitment, and will similarly be unavailable for two weeks thereafter. Mr. Cooper is available for a pretrial conference on July 20, 2009.

4. Cott is willing to move the pretrial conference to July 20, 2009. Counsel for the parties have worked together diligently in the case, and both are available for a pretrial conference on July 20. Similarly, I anticipate that the parties will be able to prepare the necessary joint pretrial filings by July 13, as would be required under the Local Rules for a July 20 pretrial conference.

Executed February __, 2009, at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
Gregory A. Ellis

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

The Court, having read and reviewed the foregoing Stipulation, as well as the supporting declaration of Gregory A. Ellis, hereby Orders as follows:

1. The pretrial conference date shall be continued from March 9, 2009 to July 20, 2009, at 11:00 a.m. in Courtroom 3, 7th Floor, before the Honorable Oliver W. Wanger, United States District Judge . The parties shall file their joint pretrial materials, as set forth in Local Rule 16-281(a)(2), on or before July 13, 2009.

Dated: March 6, 2009                    /s/ OLIVER W. WANGER
                                        The Hon. Oliver W. Wanger
                                        United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com

4