**OVERLAND BORENSTEIN SCHEPER & KIM LLP**
MARK A. BORENSTEIN (State Bar No. 84987)
mborenstein@obsklaw.com
GREGORY A. ELLIS (State Bar No. 204478)
gellis@obsklaw.com
300 South Grand Avenue, Suite 2750
Los Angeles, CA 90071-3144
Telephone: (213) 613-4655
Facsimile: (213) 613-4656

**Attorneys for Defendant Cott Beverages Inc.**

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| The Citri-Lite Company, Inc., a California corporation, <br><br>               Plaintiff, <br><br>       v. <br><br> Cott Beverages, Inc., dba Cott Beverages U.S.A., a Georgia corporation, and Does 1-25, <br><br>               Defendants. | CASE NO. 1:07-CV-01075-OWW-DLB <br><br> **ORDER AMENDING SCHEDULING ORDER** |

**ORDER**

The unopposed Motion of Defendant Cott Beverages Inc. to Continue the Trial Date and Other Pretrial Dates came on for hearing on February 23, 2009, at 10:00 a.m. Gregory A. Ellis, Esq. appeared on behalf of Cott Beverages Inc., and David J. Cooper, Esq. appeared on behalf of The Citri-Lite Company, Inc.

The Court, having read and reviewed the foregoing Motion and supporting papers, and having heard the arguments of counsel, hereby amends the Scheduling Order in this case as follows:

1. The date for exchanging any rebuttal expert reports pursuant to Fed. R. Civ. P. 26(a)(2)(C)(ii) shall be continued from February 27, 2009 to March 13, 2009.

2. The percipient witness discovery cutoff shall be continued from February 20, 2009 to April 15, 2009.

3. Any non-dispositive pre-trial motions, including discovery motions, must be filed and served on or before April 30, 2009. Non-dispositive motions shall be heard on June 5, 2009.

4. All dispositive pre-trial motions must be filed and served on or before May 15, 2009. Dispositive motions shall be heard on June 22, 2009.

5. The pretrial conference date shall be continued from March 9, 2009 to July 20, 2009, at 11:00 a.m. in Courtroom 3, 7th Floor, before the Honorable Oliver W. Wanger, United States District Judge . The parties shall file their joint pretrial materials, as set forth in Local Rule 16-281(a)(2), on or before July 13, 2009.

6. The current trial date of March 24, 2009 shall be continued to September 9, 2009, at 9:00 a.m., in Courtroom 3, 7th Floor, before the Honorable Oliver W. Wanger, United States District Judge.

Dated: 3/16/2009                    /s/ OLIVER W. WANGER

                                    The Hon. Oliver W. Wanger
                                    United States District Judge