David J. Cooper, State Bar No. 47615
James M. Duncan, State Bar No. 161474
Tracy M. Saiki, State Bar No. 234985
KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Second Floor
Bakersfield, California 93309
Telephone: (661) 395-1000
Facsimile: (661) 326-0418
Email: dcooper@kleinlaw.com
       jduncan@kleinlaw.com
       tsaiki@kleinlaw.com

Attorneys for Plaintiff,
THE CITRI-LITE COMPANY, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| THE CITRI-LITE COMPANY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>COTT BEVERAGES, INC., d/b/a Cott Beverages U.S.A., a Florida corporation, and DOES 1 through 25,<br><br>Defendants. | Case No. 1:07-CV-01075-OWW-DLB<br><br>Assigned to Hon. Oliver W. Wanger<br><br>**STIPULATED ORDER TO CONTINUE PRETRIAL CONFERENCE**<br><br>Complaint Filed: June 5, 2007<br>Trial Date: September 9, 2009<br><br>(Note hearing date change to 8/17/09) |

   Plaintiff The Citri-Lite Company, Inc. and defendant Cott Beverages, Inc. hereby agree and stipulate to the entry of an Order continuing the Pretrial Conference from August 10, 2009 to August 31, 2009.

## RECITALS

   WHEREAS, the Defendant filed a Motion for Summary Judgment originally scheduled for hearing on June 22, 2009, in part, in order to accommodate the vacation schedule of lead trial counsel for Plaintiff during the second half of July;

   WHEREAS, by minute order dated June 17, 2009, the Court continued the hearing on Defendant's Motion for Summary Judgment until July 27, 2009 and the Pretrial Conference until August 10, 2009 due to the press of business;

WHEREAS, the parties have consistently been able to successfully cooperate on various issues throughout this case and, therefore, prefer to file a Joint Pretrial Statement for the Court's convenience;

WHEREAS, the parties believe that a Joint Pretrial Statement would be particularly advantageous given the limited number of live witnesses the parties intend to call and the absence of a jury in this case;

WHEREAS, given the timing of the Motion for Summary Judgment hearing on July 27, 2009 and the vacation of lead trial counsel for Plaintiff at the end of July, it would be extremely difficult for the parties to sufficiently meet-and-confer and draft a Joint Pretrial Statement between the hearing on July 27, 2009 and its current due date of July 31, 2009;

WHEREAS, the parties desire to further continue the Pretrial Conference in order to give the parties sufficient time to meet-and-confer about various trial issues after the hearing on Defendant's Motion for Summary Judgment;

THEREFORE, the parties stipulate as follows:

1. The parties request entry of an Order by the Court continuing the Pretrial Conference from August 10, 2009 to August 17, 2009 and ordering the parties to submit a Joint Pretrial Statement on August 12, 2009.

DATED:_____    DATED:_____

By:_____    By: /s/ David J. Cooper

Mark E. Overland
Gregory A. Ellis
Katherine Farkas
SCHEPER, KIM & OVERLAND LLP
*Attorneys for Defendant, Cott Beverages, Inc.*

David J. Cooper
James M. Duncan
Tracy M. Saiki
KLEIN, DeNATALE, GOLDNER, COOPER, ROSENLIEB & KIMBALL, LLP
*Attorneys for Plaintiff, The Citri-Lite Company, Inc.*

**KLEIN, DeNATALE, GOLDNER, COOPER, ROSENLIEB & KIMBALL, LLP**
4550 CALIFORNIA AVENUE, SECOND FLOOR
BAKERSFIELD, CALIFORNIA 93309

07cv1075.cont.ptc.DOC    2    **STIPULATED ORDER TO CONTINUE PRE-TRIAL CONF.**

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS SO ORDERED:**

DATED:_June 26, 2009_____    /s/ OLIVER W. WANGER
                                     Hon. Oliver W. Wanger

**KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP**
4550 CALIFORNIA AVENUE, SECOND FLOOR
BAKERSFIELD, CALIFORNIA 93309

07cv1075.cont.ptc.DOC                    3        **STIPULATED ORDER TO CONTINUE PRE-**
PDF created with pdfFactory trial version www.pdffactory.com