**SCHEPER KIM & HARRIS LLP**
DAVID C. SCHEPER (State Bar No. 120174)
dscheper@scheperkim.com
GREGORY A. ELLIS (State Bar No. 204478)
gellis@scheperkim.com
601 West Fifth Street, Twelfth Floor
Los Angeles, CA  90071-2025
Telephone:    (213) 613-4655
Facsimile:     (213) 613-4656

**Attorneys for Defendant Cott Beverages Inc.**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| The Citri-Lite Company, Inc., a California corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>Cott Beverages, Inc., dba Cott Beverages U.S.A., a Georgia corporation, and Does 1-25,<br><br>            Defendants. | CASE NO. 1:07-CV-01075-OWW-JLT<br><br>**ORDER CONTINUING SETTLEMENT CONFERENCE** |

Based upon the stipulation of the parties, the Court **ORDERS,**

1.   The settlement conference in this case, currently scheduled for November 17, 2010, shall be continued to January 20, 2011, at 9:30 a.m.  The conference will occur at 1200 Truxtun Avenue, Suite 120, Bakersfield, CA 93301.  Confidential settlement conference statements must be submitted at least seven days in advance to jltorders@caed.uscourts.gov.

2.   All other filing, hearing, and trial dates in this matter shall remain unchanged.

IT IS SO ORDERED.

Dated:   **November 10, 2010**             /s/ Jennifer L. Thurston
                                                              UNITED STATES MAGISTRATE JUDGE

Draft stipulation to continue MSC.doc