David J. Cooper, State Bar No. 47615
James M. Duncan, State Bar No. 161474
KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Second Floor
Bakersfield, California 93309
Telephone: (661) 395-1000
Facsimile: (661) 326-0418
Email:  dcooper@kleinlaw.com
        jduncan@kleinlaw.com

Attorneys for Plaintiff,
THE CITRI-LITE COMPANY, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| THE CITRI-LITE COMPANY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>COTT BEVERAGES, INC., d/b/a Cott Beverages U.S.A., a Florida corporation, and DOES 1 through 25,<br><br>Defendants. | Case No.  1:07-CV-01075-OWW-DLB<br><br>Assigned to Hon. Oliver W. Wanger<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL BRIEF DUE DATE**<br><br><br>Trial Date:  April 26, 2011 |

Plaintiff Citri-Lite Company and Defendant Cott Beverages, Inc., hereby agree and stipulate as follows:

1. Per the Order dated March 17, 2011, the Court continued trial in this matter from April 12, 2011 to April 26, 2011.

2. At the same time, the Court continued the hearing on defendant's in limine motion to April 14, while leaving the April 5, 2011 trial brief date unchanged;

3. The parties have met and conferred and jointly agree it would be more efficient and beneficial to the parties and to the Court to defer trial briefs until closer to trial and after a hearing on defendant's in limine motion.

1    4.    As a result, the parties stipulate and agree to continue the date in which
2 the trial briefs are to be served and filed from April 5, 2011, to and including April 19,
3 2011.

Dated:  March 28, 2011     KLEIN, DeNATALE, GOLDNER, COOPER, ROSENLIEB & KIMBALL, LLP

By: /s/ David Cooper
    James M. Duncan
    David J. Cooper
    Attorneys for The Citri-Lite Co., Inc.

Dated:  March 28, 2011     SCHEPER KIM & HARRIS LLP


By: /s/ Gregory Ellis
    David C. Scheper
    Gregory A. Ellis
    Attorneys for Cott Beverages, Inc.


## **ORDER**

Pursuant to the Stipulation executed by the Parties,

IT IS HEREBY ORDERED that the trial brief in the above-titled action is now due on April 21, 2011.



IT IS SO ORDERED.

Dated:  **March 29, 2011**           **/s/ Oliver W. Wanger**
                          UNITED STATES DISTRICT JUDGE