David J. Cooper, State Bar No. 47615
James M. Duncan, State Bar No. 161474
KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Second Floor
Bakersfield, California 93309
Telephone: (661) 395-1000
Facsimile: (661) 326-0418
Email:  dcooper@kleinlaw.com
        jduncan@kleinlaw.com

Attorneys for Plaintiff,
THE CITRI-LITE COMPANY, INC.

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| THE CITRI-LITE COMPANY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>COTT BEVERAGES, INC., d/b/a Cott Beverages U.S.A., a Florida corporation, and DOES 1 through 25,<br><br>Defendants. | Case No. 1:07-CV-01075-OWW-DLB<br><br>Assigned to Hon. Oliver W. Wanger<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL BRIEF AND TRIAL EXHIBITS DUE DATE**<br><br><br>Trial Date: May 10, 2011 |

   **Plaintiff Citri-Lite Company and Defendant Cott Beverages, Inc.,** hereby agree and stipulate as follows:

   **1.**   Per the Minute Order dated April 14, 2011 the Court continued trial in this matter from April 26, 2011 to May 10, 2011.

   **2.**   The parties have met and conferred and jointly agree it would be more efficient and beneficial to the parties and to the Court to defer trial briefs until closer to trial.

PDF created with pdfFactory trial version www.pdffactory.com

3.      The parties agree it would be more efficient and beneficial to the parties and to the Court to defer submission of trial binders and demonstrative exhibits until closer to trial.

4.      As a result, the parties stipulate and agree to continue the date in which the trial briefs are to be served and filed from April 19, to and including May 5, 2011, and to defer the submission of trial exhibits from April 22, to and including May 2, 2011.

Dated: April 18, 2011                KLEIN, DeNATALE, GOLDNER, COOPER, ROSENLIEB & KIMBALL, LLP

By: /s/ James M. Duncan
    James M. Duncan
    David J. Cooper
    Attorneys for The Citri-Lite Co., Inc.

Dated: April 18, 2011                SCHEPER KIM & HARRIS LLP

By: /s/ Gregory A. Ellis
    David C. Scheper
    Gregory A. Ellis
    Attorneys for Cott Beverages, Inc.

**ORDER**

Pursuant to the Stipulation executed by the Parties,

IT IS HEREBY ORDERED that the trial brief in the above-titled action is now due on May 5, 2011 and the trial exhibits are now due on May 6, 2011.

DATED: April 19, 2011                /s/ OLIVER W. WANGER
                                     UNITED STATED DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com