**SCHEPER KIM & HARRIS LLP**
DAVID C. SCHEPER (State Bar No. 120174)
dscheper@scheperkim.com
GREGORY A. ELLIS (State Bar No. 204478)
gellis@scheperkim.com
601 West Fifth Street, Twelfth Floor
Los Angeles, CA  90071-2025
Telephone: (213) 613-4655
Facsimile:   (213) 613-4656

**Attorneys for Defendant Cott Beverages Inc.**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# (FRESNO DIVISION)

| | |
|---|---|
| THE CITRI-LITE COMPANY, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>COTT BEVERAGES, INC., DBA COTT BEVERAGES U.S.A., a Georgia corporation, and Does 1-25,<br><br>Defendants. | CASE NO. 1:07-CV-01075-OWW-JLT<br><br>**ORDER ON COTT BEVERAGES, INC.'S MOTION *IN LIMINE* TO STRIKE EXPERT OPINIONS OF THOMAS NECHES** |

Defendant Cott Beverages Inc. ("Cott")'s motion *in limine* to exclude the opinions of Mr. Thomas Neches as to purported "lost goodwill" damages of Citri-Lite beyond 2005, including his "upper bound" damages projections, came on for hearing on April 14, 2011.  Cott was represented by Gregory A. Ellis, Esq., and Plaintiff The Citri-Lite Company, Inc. was represented by David J. Cooper, Esq. and James M. Duncan, Esq.

///

After reviewing the parties' brief, and hearing the arguments of counsel, the Court DENIES Cott's motion; Citri-Lite will be able to present Mr. Neches' opinions at trial, and Cott will be able to cross-examine Mr. Neches regarding his methodologies and the factual bases for his opinions at that time. At the hearing, the parties further stipulated that Citri-Lite will not seek any incremental "lost goodwill" value of Citri-Lite, as a company, as damages at trial.

IT IS SO ORDERED.

Dated: May 2, 2011         /s/ OLIVER W. WANGER

United States District Judge

FINALProposed Order on Motion in Limine re Neches Opinions (2).DOC  2

[

**ORDER ON COTT BEVERAGES, INC.'S MOTION *IN LIMINE* TO STRIKE EXPERT OPINIONS OF THOMAS NECHES**