**SCHEPER KIM & HARRIS LLP**
DAVID C. SCHEPER (State Bar No. 120174)
dscheper@scheperkim.com
GREGORY A. ELLIS (State Bar No. 204478)
gellis@scheperkim.com
601 West Fifth Street, Twelfth Floor
Los Angeles, CA  90071-2025
Telephone: (213) 613-4655
Facsimile:   (213) 613-4656

**Attorneys for Defendant Cott Beverages Inc.**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# (FRESNO DIVISION)

| | |
|---|---|
| THE CITRI-LITE COMPANY, INC., a California corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>COTT BEVERAGES, INC., DBA COTT BEVERAGES U.S.A., a Georgia corporation, and Does 1-25,<br><br>  Defendants. | CASE NO. 1:07-CV-01075-OWW-JLT<br><br>**STIPULATION AND ORDER RE: USE OF DEPOSITION COPIES AT TRIAL**<br><br>Trial Date: May 10, 2011<br>Courtroom: 3<br>            2500 Tulare St.<br>            Fresno, CA 93721 |

**STIPULATION AND [PROPOSED] ORDER RE USE OF DEPOSITION COPIES AT TRIAL**

Plaintiff The Citri-Lite Company, Inc. and Cott Beverages, Inc., hereby agree and stipulate as follows:

1. During depositions taken over the course of this action, the parties stipulated that, in the event an original deposition transcript could not be procured, a copy of the transcript could be used at trial.

2. The parties have procured original transcripts of the majority of depositions taken in this case.

3. Despite their diligent efforts, the parties have been unable to procure original transcripts of certain depositions taken in the action.

4. Accordingly, the parties stipulate and agree that copies of the following deposition transcripts may be used at trial in lieu of original transcripts:

    (a) Douglas Covington
    (b) Richard De La Cruz
    (c) Jim Dragovich
    (d) Becky Fields
    (e) Paul Richardson
    (f) Rob Scheiderer

DATED: May 5, 2011

KLEIN, DENATALE, GOLDNER, COOPER, ROSENLIEB & KIMBALL, LLP
DAVID J. COOPER
JAMES M. DUNCAN

By: /s/ David Cooper
DAVID J. COOPER
Attorneys for The Citri-Lite Company, Inc.

DATED: May 6, 2011         SCHEPER KIM & HARRIS LLP
                           DAVID C. SCHEPER
                           GREGORY A. ELLIS


                    By:        /s/ Gregory A. Ellis
                           GREGORY A. ELLIS
                           Attorneys for Cott Beverages, Inc.


## **ORDER**

Pursuant to the Stipulation executed by the Parties,

IT IS HEREBY ORDERED that the parties may use copies of the following deposition transcripts may be used at trial in lieu of original transcripts:

(a) Douglas Covington

(b) Richard De La Cruz

(c) Jim Dragovich

(d) Becky Fields

(e) Paul Richardson

(f) Rob Scheiderer.

IT IS SO ORDERED.

Dated: **May 6, 2011**              **/s/ Oliver W. Wanger**
                                    UNITED STATES DISTRICT JUDGE