David J. Cooper, State Bar No. 047615
James M. Duncan, State Bar No. 161474
KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Second Floor
Bakersfield, California 93309
Telephone: (661) 395-1000
Facsimile: (661) 326-0418
Email:  dcooper@kleinlaw.com
        jduncan@kleinlaw.com

Attorneys for Plaintiff,
THE CITRI-LITE COMPANY, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| THE CITRI-LITE COMPANY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>COTT BEVERAGES, INC., d/b/a Cott Beverages U.S.A., a Florida corporation, and DOES 1 through 25,<br><br>Defendants. | Case No.  1:07-CV-01075-OWW-DLB<br><br>Assigned to Hon. Oliver W. Wanger<br><br>**STIPULATION FOR PLAINTIFF TO MOVE DOCUMENTS INTO EVIDENCE**<br><br>Trial Date:  June 29, 2011 |

    Plaintiff Citri-Lite Company and Defendant Cott Beverages, Inc., hereby agree and stipulate as follows:

    1.    July 19, 2011 was the last day available for the taking of trial evidence in the captioned case, and at the end of the trial day not all of previously designated portions of deposition excerpts had been read into the record, including the deposition testimony of former Cott employee Gilbert Woods.

    2.    The Court has given consent for the parties to submit a limited number of remaining deposition excerpts for inclusion within the evidentiary

record of this case. Plaintiff will include deposition excerpts for Gilbert Woods with its submission.

3. The plaintiff maintains that the submitted portions of the deposition testimony of Gilbert Woods provide the necessary foundation for the admission into evidence of Plaintiff's Exhibits P-210 and P-211, and would, had time allowed on July 19, 2011, moved for admission of Exhibits P-210 and P-211 into evidence at the time the pertinent portions of the Woods deposition were read into the record.

4. Given the above circumstances, the parties hereby stipulate that prior to the oral argument scheduled for August 30, 2011, plaintiff may move for admission of Exhibits P-210 and P-211 into evidence based upon the foundation provided within the submitted portions of the Woods deposition testimony.

Dated: July    , 2011          KLEIN, DeNATALE, GOLDNER, COOPER, ROSENLIEB & KIMBALL, LLP

By: /s/ James M. Duncan
    James M. Duncan
    David J. Cooper
    Attorneys for The Citri-Lite Co., Inc.

Dated: July    , 2011          SCHEPER KIM & HARRIS LLP

By: S/ Gregory A. Ellis /
    David C. Scheper
    Gregory A. Ellis
    Attorneys for Cott Beverages, Inc.

## **ORDER**

Pursuant to the Stipulation executed by the Parties, plaintiff may move for admission of Exhibits P-210 and P-211 into evidence prior to the oral argument scheduled for August 30, 2011.

IT IS SO ORDERED.

Dated: __**July 21, 2011**__                    __/s/ Oliver W. Wanger__
                                                 UNITED STATES DISTRICT JUDGE

KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
4550 CALIFORNIA AVENUE, SECOND FLOOR
BAKERSFIELD, CALIFORNIA 93309